IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-31686 |
| | § | |
| PARK 4 LESS, LLC, | § | (CHAPTER 11) |
| | § | |
| *Debtor.* | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned attorney appears as counsel for DSDY REAL ESTATE, LLC, a creditor and party-in-interest, and pursuant to, *inter alia*, F.R.B.P. Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned at the following address:

Brian B. Kilpatrick
WILSON, CRIBBS + GOREN, P.C.
2500 Fannin Street
Houston, Texas 77002
Email: bkilpatrick@wcglaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including the Parties with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor

may seek to use; or (2) require or seeks to require any act, delivery of any property, payment, or other conduct by the Parties.

    Respectfully submitted,

    WILSON, CRIBBS + GOREN, P.C.

    By: */s/ Brian B. Kilpatrick*
    Brian B. Kilpatrick, TBN 24074533
    Email: bkilpatrick@wcglaw.com
    2500 Fannin Street
    Houston, Texas 77002
    Telephone (713) 222-9000
    Facsimile (713) 229-8824

    ***Attorneys For DSDY Real Estate, LLC***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 28, 2021, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served on all parties requesting notices electronically *via* the Court's CM/ECF notification system.

                                                            */s/ Brian B. Kilpatrick*
                                                            BRIAN B. KILPATRICK