# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **PARK 4 LESS, LLC** | § | **CASE NO. 21-31686** |
| | § | |
| **DEBTOR** | § | |
| | § | |

## ORDER SETTING HEARING AND DEADLINES FOR DEBTOR'S PROPOSED CHAPTER 11 SUBPART V PLAN
### (Dkt. No. 34)

Upon consideration of the Chapter 11 Plan of Reorganization of Park 4 Less, LLC (the "Debtor") filed on August 19, 2021 [Dkt. No. 34] (the "Chapter 11 Plan") the court enters the following:

IT IS ORDERED, and notice is hereby given that:

1. September 24, 2021 is the deadline to submit ballots accepting or rejecting the Plan ofReorganization.

2. By August 25, 2021, the Debtor shall mail the Plan of Reorganization, a copy of this Order, and a Ballot to, as applicable, the Debtor's creditors, and other parties in interest, and shall transmit same to the United StatesTrustee, as provided in Fed. R. Bankr. P. 3017(d).

3. A hearing on confirmation of the Plan of Reorganization will be held on September 29, 2021 at 11:00 a.m. (CST). The hearing will be conducted electronically with audio communication by telephone and visual communications through www.gotomeeting.com. To appear by telephone, you may dial-in to the Court's conference line at (832) 917-1510 and enter the conference code 590153. Evidence and demonstrative exhibits may be viewed by parties at www.gotomeeting.com. Persons connecting by mobile device will need to download the free "go to meeting" application. Once connected to the site or application, a participant must select "**Join a Meeting**" then enter a password. The password to join this hearing is "**JudgeLopez**".

4. September 24, 2021 is the deadline to file objections to the plan of the Debtor.

Dated: _____

_____
Christopher Lopez
United States Bankruptcy Judge