

# SBA FORM 1201
# Borrower Payment

* Required Field

## Borrower Information

Borrower Name *

| PARK 4 LESS LLC    TAX ID # 813329558 |

Borrower Address 1 *

| 8102 TELEPHONE RD. |

Borrower Address 2

|  |

City *            State *          Zip Code *

| HOUSTON |   | TX ⇕ |   | 77061 |

## SBA Loan Information

SBA Loan Number *

| 1275109105 |

As a reminder: DO NOT use this form to pay Payroll Protection Program loans or EIDL Advances/Grants. (You CAN use this form for EIDL Loans)

Payment Amount *

| $455,000.00 |

Do not enter the full amount of your loan approval unless you are paying it off.

NOTE:- Returning EIDL due to filing CH 11, $45000.00 Paid to the loan broker which he returned to the US Trustee.

**PARK 4 LESS LLC**
8102 TELEPHONE RD
HOUSTON, TX 77061

2202

35-86/1130

DATE 9/27/21

PAY TO THE ORDER OF: SBA                                    $ 455,000

Four hundred fifty five thousand Only.                      DOLLARS

IBC BANK
Houston, TX
IBC Voice - (713) 523-6349

FOR: EIDL Return Loan # 1275109105
TAX ID# 813329558     Total EIDL was $500,000. Paid loan broker $45,000 00605 which he returned to US Trustee

check Mailed To

SBA 721
19th ST. Denver, CO 80202