

**IBC BANK**
**We Do More**

P.O. Box 659507
San Antonio, Texas 78265-9507

Customer Number: ████0605
Statement Date: 08/31/2021
Statement Period: 08/01/2021 - 08/31/2021
Enclosure Items: 16
Page Number: 1 of 5

00000347 TI307S09012110293700 03 000000000 0000000 005

PARK 4 LESS LLC
8102 TELEPHONE RD
HOUSTON TX 77061

### Contact Information

**Address:**
IBC Houston
5615 KIRBY DRIVE
HOUSTON TX 77005

**Bank Phone:** 1- (713) 526-1211
**IBC Voice:** 1- (713) 523-6349
**Visit us Online:** www.IBC.com
**Mobile Banking:** Download app or visit at: www.myIBC.com



Please examine and report any discrepancies within 14 days from your statement date.

### Biz Rite — Account Recap

Account Number: ████605

| Beginning Balance | Number of Credits | Deposits & Credits | Number of Debits | Withdrawals & Debits | Closing Balance |
|---|---|---|---|---|---|
| 2,796.28 | 34 | 39,492.61 | 83 | 40,412.98 | 1,875.91 |

### Balance Summary

Average Collected Balance    6,928.57

### Checks (Debits)

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/19 | 1111 | 372.24 | 08/06 | 2170 | 2,000.00 | 08/31 | 2177 | 12,700.00 |
| 08/31 | 2152* | 3,000.00 | 08/03 | 2172* | 260.00 | 08/31 | 2178 | 7,000.00 |
| 08/04 | 2165* | 72.50 | 08/13 | 2174* | 290.00 | 08/18 | 2181* | 500.00 |
| 08/31 | 2166 | 333.51 | 08/12 | 2175 | 421.81 | 08/25 | 2183* | 535.83 |
| 08/05 | 2167 | 500.00 | 08/13 | 2176 | 535.63 | 08/31 | 2184 | 580.00 |
| 08/31 | 2169* | 3,000.00 | | | | | | |

\* Indicates a skip in check number sequence

### Electronic Activity

#### Credits

| Date | Description | Amount |
|---|---|---|
| 08/02 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 122.43 |
| 08/02 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 99.11 |
| 08/02 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 40.81 |
| 08/03 | Transfer Deposit FROM ACCOUNT XXXXXX8711 | 500.00 |
| 08/04 | Transfer Deposit FROM ACCOUNT XXXXXX8711 | 210.00 |
| 08/04 | Transfer Deposit FROM ACCOUNT XXXXXX8711 | 200.00 |
| 08/04 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 28.38 |
| 08/05 | Transfer Deposit FROM ACCOUNT XXXXXX8711 | 700.00 |
| 08/05 | Transfer Deposit FROM ACCOUNT XXXXXX8711 | 600.00 |
| 08/05 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 46.64 |
| 08/06 | Transfer Deposit FROM ACCOUNT XXXXXX8711 | 3,000.00 |
| 08/09 | Transfer Deposit FROM ACCOUNT XXXXXX8711 | 200.00 |
| 08/09 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 46.64 |
| 08/09 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 34.98 |
| 08/09 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 29.15 |
| 08/10 | Transfer Deposit FROM ACCOUNT XXXXXX8711 | 500.00 |



00000347 0004914 0001 0005 TI307S09012110293700 03

# IBC BANK
## We Do More

| | |
|---|---|
| Customer Number: | ####605 |
| Statement Date: | 08/31/21 |
| Statement Period: | 08/01/21 - 08/31/21 |
| Page Number: | 2 of 5 |



## Electronic Activity

### Credits

| Date | Description | Amount |
|---|---|---|
| 08/10 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 99.11 |
| 08/11 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 46.64 |
| 08/12 | Transfer Deposit FROM ACCOUNT XXXXXX8711 | 700.00 |
| 08/12 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 84.48 |
| 08/13 | Transfer Deposit FROM ACCOUNT XXXXXX8711 | 800.00 |
| 08/13 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 17.49 |
| 08/16 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 128.26 |
| 08/16 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 52.47 |
| 08/17 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 23.32 |
| 08/18 | Transfer Deposit FROM ACCOUNT XXXXXX8711 | 600.00 |
| 08/18 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 23.32 |
| 08/19 | Transfer Deposit FROM ACCOUNT XXXXXX8711 | 300.00 |
| 08/19 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 52.47 |
| 08/20 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 46.64 |
| 08/23 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 55.33 |
| 08/23 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 5.83 |
| 08/24 | Transfer Deposit FROM ACCOUNT XXXXXX4283 | 30,000.00 |
| 08/25 | ACH Deposit FRST BK MRCH SVC DEPOSIT 374248069881 | 99.11 |

### Debits

| Date | Description | Amount |
|---|---|---|
| 08/02 | Check Card Debit TIME WISE # 852 HOUSTON TX | 5.01 |
| 08/02 | Check Card Debit BUSY BOY SANDWICHES 1 HOUSTON TX | 14.07 |
| 08/02 | Check Card Debit SQ  ARABELLA PEARLAND Pearland TX | 20.03 |
| 08/02 | Check Card Debit TELFAIR PHO RESTURAN SUGAR LAND TX | 22.14 |
| 08/02 | Check Card Debit WAL Wal-Mart Super 0017 PEARLAND TX | 26.17 |
| 08/02 | Service Fee Horizon Stop Payment Fee | 35.00 |
| 08/02 | Service Fee Horizon Stop Payment Fee | 35.00 |
| 08/02 | Check Card Debit SHINWARI AFGHAN RESTAUR HOUSTON TX | 36.77 |
| 08/02 | Check Card Debit NNT ASHAR'S KITCHEN0002 SUGAR LAND TX | 43.26 |
| 08/02 | Check Card Debit BIJAN PERSIAN GRILL HOUSTON TX | 47.00 |
| 08/02 | Check Card Debit WM SUPERCENTER # PEARLAND TX | 55.48 |
| 08/02 | Check Card Debit NNT A-Z INSURANCE A0027 HOUSTON TX | 63.88 |
| 08/02 | Check Card Debit CRT Lexington Law 800 3418441 UT | 79.95 |
| 08/02 | Check Card Debit TIME WISE # 852 HOUSTON TX | 90.00 |
| 08/02 | Check Card Debit INFINITY 800 782 1020 AL | 91.12 |
| 08/02 | Check Card Debit NNT A-Z INSURANCE A0009 HOUSTON TX | 125.00 |
| 08/02 | Check Card Debit CASH APP AREHMAN 8774174551 CA | 285.00 |
| 08/02 | Check Card Debit USHIP COM  ID1388992 HTTPSWWW USHI TX | 1,919.00 |
| 08/03 | Check Card Debit OMO HOLLYWOOD BEAUT0000 HOUSTON TX | 16.21 |
| 08/03 | ACH Payment FRST BK MRCH SVC DEPOSIT 374248069881 | 109.33 |
| 08/04 | Check Card Debit Subway 5803 Houston TX | 12.82 |
| 08/04 | Check Card Debit TIME WISE # 852 HOUSTON TX | 64.50 |
| 08/04 | ACH Payment HCTRA EFT      EZTAGSTCCD *****6359 | 20.00 |
| 08/05 | Check Card Debit TIME WISE # 852 HOUSTON TX | 76.02 |
| 08/05 | Check Card Debit TIME WISE # 852 HOUSTON TX | 90.00 |
| 08/05 | Check Card Debit CASH APP SALINA 8774174551 CA | 200.00 |
| 08/05 | Check Card Debit CASH APP SALINA 8774174551 CA | 600.00 |
| 08/06 | Check Card Debit ACARIAHEALTH PHARMACY 407 9035201 FL | 5.00 |
| 08/06 | Check Card Debit CLARK 2191 GREENVILLE MO | 6.46 |
| 08/06 | Check Card Debit Experian  Credit Report 479 3436237 CA | 27.05 |
| 08/06 | Check Card Debit CASH APP ARSALAN RE 8774174551 CA | 50.00 |
| 08/06 | Check Card Debit LA QUINTA FESTUS MO | 101.89 |
| 08/06 | Check Card Debit CROSBY TOWING  RECOVERY CRYSTAL CITY MO | 140.00 |
| 08/09 | Check Card Debit LITTLEFIELD EXPR BALD KNOB AR | 1.64 |
| 08/09 | Check Card Debit LUFKIN TRAVEL PLAZA LUFKIN TX | 1.64 |
| 08/09 | Check Card Debit JJ S TRUCK STOP 6106 OL BENTON AR | 3.08 |
| 08/09 | Check Card Debit LOVE S COUNTRY00002774 PRESCOTT AR | 5.65 |
| 08/09 | Check Card Debit LOVE S TRAVEL 00006734 QUEEN CITY TX | 6.05 |
| 08/09 | Check Card Debit CASH APP SALINA 8774174551 CA | 16.00 |
| 08/09 | Check Card Debit MEZBAN HOUSTON TX | 39.81 |
| 08/09 | Check Card Debit KROGER FUEL #734 8323 B PEARLAND TX | 41.25 |
| 08/09 | Check Card Debit CASH APP ARSALAN RE 8774174551 CA | 50.00 |



# IBC BANK
## We Do More

| | |
|---|---|
| Customer Number: | ...605 |
| Statement Date: | 08/31/21 |
| Statement Period: | 08/01/21 - 08/31/21 |
| Page Number: | 3 of 5 |



## Electronic Activity

### Debits

| Date | Description | Amount |
|---|---|---|
| 08/09 | Check Card Debit CASH APP ARSALAN RE 8774174551 CA | 100.00 |
| 08/09 | Check Card Debit CASH APP ARSALAN RE 8774174551 CA | 100.00 |
| 08/09 | Check Card Debit CASH APP SCSCC ENTE 8774174551 CA | 300.00 |
| 08/09 | Check Card Debit CASH APP ARSALAN RE 8774174551 CA | 300.00 |
| 08/09 | ACH Payment COMCAST 8777702 XXXXXXXXX 713-341-1000 8736289 | 123.75 |
| 08/10 | Check Card Debit MAIN SQUEEZE PEARLAND PEARLAND TX | 9.69 |
| 08/10 | Check Card Debit PAYPAL COMMERCIO 402 935 7733 CA | 15.98 |
| 08/10 | Check Card Debit NOE MATA AND ASSOCIATE HOUSTON TX | 20.00 |
| 08/10 | Check Card Debit EXXONMOBIL 47945175 HOUSTON TX | 39.55 |
| 08/10 | Check Card Debit CASH APP SALINA 8774174551 CA | 40.00 |
| 08/10 | Check Card Debit CASH APP ARSALAN RE 8774174551 CA | 60.00 |
| 08/10 | ACH Payment Bridgecrest DT RETAIL 4121620306 20697539 | 562.00 |
| 08/11 | ACH Payment TABS ENT, INC. ACH Debit 5298698822 | 115.00 |
| 08/12 | Check Card Debit AMZN Mktp US 2P2VG4S52 Amzn com bill WA | 271.10 |
| 08/16 | ACH Payment HCTRA EFT EZTAGSTCCD *****9636 | 20.00 |
| 08/17 | ACH Payment HCTRA EFT EZTAGSTCCD *****7744 | 20.00 |
| 08/18 | ACH Payment WEBFILE TAX PYMT DD 902/03341335 | 39.34 |
| 08/18 | ACH Payment WEBFILE TAX PYMT DD 902/03341200 | 47.94 |
| 08/18 | ACH Payment WEBFILE TAX PYMT DD 902/03341480 | 59.10 |
| 08/18 | ACH Payment WEBFILE TAX PYMT DD 902/03341228 | 96.07 |
| 08/18 | ACH Payment WEBFILE TAX PYMT DD 902/03341164 | 103.66 |
| 08/27 | Transfer Withdrawal TO ACCOUNT XXXXXX5527 | 300.00 |
| 08/27 | Transfer Withdrawal TO ACCOUNT XXXXXX4283 | 490.00 |
| 08/30 | Transfer Withdrawal TO ACCOUNT XXXXXX8711 | 100.00 |
| 08/30 | Transfer Withdrawal TO ACCOUNT XXXXXX5527 | 300.00 |

### Daily Ending Balance

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/01 | 2,796.28 | 08/11 | 3.42 | 08/20 | 54.98 |
| 08/02 | 64.75 | 08/12 | 94.99 | 08/23 | 116.14 |
| 08/03 | 179.21 | 08/13 | 86.85 | 08/24 | 30,116.14 |
| 08/04 | 447.77 | 08/16 | 247.58 | 08/25 | 29,679.42 |
| 08/05 | 328.39 | 08/17 | 250.90 | 08/27 | 28,889.42 |
| 08/06 | 997.99 | 08/18 | 28.11 | 08/30 | 28,489.42 |
| 08/09 | 219.89 | 08/19 | 8.34 | 08/31 | 1,875.91 |
| 08/10 | 71.78 | | | | |








1111    $372.24    08/19/2021



2152    $3,000.00    08/31/2021



2165    $72.50    08/04/2021



2166    $333.51    08/31/2021



2167    $500.00    08/05/2021



2169    $3,000.00    08/31/2021





2170    $2,000.00    08/06/2021



2172    $260.00    08/03/2021





2174   $290.00   08/13/2021



2175   $421.81   08/12/2021



2176   $535.63   08/13/2021



2177   $12,700.00   08/31/2021



2178   $7,000.00   08/31/2021



2181   $500.00   08/18/2021





2183   $535.83   08/25/2021



2184   $580.00   08/31/2021