IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-31686 |
| | § | |
| PARK 4 LESS, LLC, | § | (CHAPTER 11) |
| | § | |
| *Debtor.* | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held on **December 16, 2021, at 9:00 a.m.** (Central Time) before the Honorable Christopher M. Lopez, Courtroom 401, 515 Rusk, Houston, TX 77002, via telephone and video conference to consider the following:

- **EMERGENCY MOTION OF DSDY REAL ESTATE, LLC TO CONVERT THE DEBTOR'S CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 [Doc. No. 72]**

**PLEASE TAKE FURTHER NOTICE** that on March 24, 2020, through the entry of General Order 2020-10, the Court invoked the Protocol for Emergency Public Health or Safety Conditions. The Order may be found at: https://www.txs.uscourts.gov/sites/txs/files/Bankruptcy%20General%20Order%202020-04%20Adoption%20of%20Contingency%20Plan_0.pdf.

Therefore, all persons appearing at the hearing may appear telephonically and via video using the following information:

- **Telephonic Connection**
  - The Dial-in Telephone number: 1-832-917-1510; and
  - Conference Code: 590153
  - Please mute your microphone until ready to speak to the Court.
  - 
- **Video Connection**
  - https://www.gotomeet.me/JudgeLopez

Additional information and procedures appearing before Judge Christopher M. Lopez my be found at https://www.txs.uscourts.gov/sites/txs/files/Lopez%20Court%20Procedures_.pdf.

Date: December 13, 2021

          Respectfully submitted,

          **WILSON CRIBBS & GOREN, P.C.**

          By: */s/ Brian B. Kilpatrick*
              Brian B. Kilpatrick
              Texas Bar No. 24074533
              bkilpatrick@wcglaw.com
              2500 Fannin Street
              Houston, Texas 77002
              Tel: 713-222-9000
              Fax: 713-229-8824

          **ATTORNEY FOR DSDY REAL ESTATE, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2021, a true and correct copy of the **NOTICE OF HEARING** was served on the parties identified below and all parties requesting notices electronically via the Court's CM/ECF notification system.

**Via CM/ECF**
Reese W Baker
Baker & Associates
950 Echo Lane, Suite 300
Houston, TX 77024
Email: courtdocs@bakerassociates.net
**Attorneys for Park 4 Less, LLC, Debtor**

**VIA US MAIL FIRST CLASS**
Park 4 Less, LLC
Attn: Rehan Rehman
8102 Telephone Rd.
Houston, TX 77061

              */s/ Brian B. Kilpatrick*
              Brian B. Kilpatrick