**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| | ) | **Case No. 21-31686** |
| **PARK 4 LESS, LLC** | ) | |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE OF NOTICE OF EMERGENCY HEARING

I hereby certify that on December 20, 2021, at 12:00 p.m. (prevailing Central Time) a true and correct copy of the *Notice of Emergency Hearing* attached hereto as <u>Exhibit A</u> and a copy of the *Emergency Motion of Chapter 7 Trustee to Continue to Operate the Debtor's Business and for Related Relief* [Dkt. No. 81] was served by email on the following parties:

Park 4 Less, LLC
Attn: Rehan Rehman
8102 Telephone Rd.
Houston, TX 77061
rrpakman@gmail.com

Reese W. Baker
Baker & Associates
TX Bar No. 01587700
950 Echo Lane, Suite 300
Houston, Texas 7702
reese.baker@bakerassociates.net

Jayson B. Ruff
Office of the United States Trustee
515 Rusk St.
Ste. 3516
Houston, TX 77002
jayson.b.ruff@usdoj.gov

Brian B. Kilpartick
Wilson, Cribbs + Goren, P.C.
2500 Fannin Street
Houston, Texas 77002
bkilpatrick@wcglaw.com

Texas Workforce Commission
P.O. Box 12548, MC-008
Austin, TX 78711-2548
bankruptcytax@oag.texas.gov

Attn: Joanna Nelson
City of Houston
900 Bagby, 4th Floor
Houston, TX 77009
joanna.nelson@houstontx.gov

*[Remainder of Page Intentionally Left Blank]*

Dated:  December 20, 2021

/s/R. J. Shannon
R. J. Shannon
TX Bar No. 24108062
PARKINS LEE & RUBIO LLP
Pennzoil Place
700 Milam Street, Suite 1300
Houston, TX 77002
Email: rshannon@parkinslee.com
Phone: 713-715-1660
Fax:    713-715-1669

## EXHIBIT A

**Notice of Emergency Hearing**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **PARK 4 LESS, LLC** | ) | **Case No. 21-31686** |
| | ) | |
| **Debtor.** | ) | **Chapter 7** |
| | ) | |
| | ) | |

### NOTICE OF EMERGENCY HEARING

PLEASE TAKE NOTICE that a hearing will be held on **December 21, 2021, at 1:30 p.m. (prevailing Central Time)** before the Honorable Christopher M. Lopez, Courtroom 401, 515 Rusk, Houston, TX 77002, via telephone and video conference to consider the *Emergency Motion of Chapter 7 Trustee to Continue to Operate the Debtor's Business and for Related Relief* [ECF No. 81].

PLEASE TAKE FURTHER NOTICE that on March 24, 2020, through the entry of General Order 2020-10, the Court invoked the Protocol for Emergency Public Health or Safety Conditions. Therefore, all persons appearing at the hearing may appear telephonically and via video using the following information:

Telephonic Connection

- The Dial-in Telephone number: 1-832-917-1510; and
- Conference Code: 590153
- Please mute your microphone until ready to speak to the Court.

Video Connection

- https://www.gotomeet.me/JudgeLopez

Additional information and procedures appearing before Judge Christopher M. Lopez my be found at https://www.txs.uscourts.gov/sites/txs/files/Lopez%20Court%20Procedures_.pdf.

*[Remainder of Page Intentionally Left Blank]*

Dated:  December 20, 2021                    Respectfully submitted,

**PARKINS LEE & RUBIO LLP**

*/s/R. J. Shannon*
R. J. Shannon
TX Bar No. 24108062
Pennzoil Place
700 Milam Street, Suite 1300
Houston, TX 77002
Email: rshannon@parkinslee.com
Phone: 713-715-1660
Fax:    713-715-1669

*Proposed Counsel to Chapter 7 Trustee*