**Rosario Saldana**

| | |
|---|---|
| **From:** | Steve Host <stevehost1@gmail.com> |
| **Sent:** | Monday, March 7, 2022 2:58 PM |
| **To:** | Rosario Saldana |
| **Subject:** | Bankruptcy hearing this Friday for Park 4 less |

United States Courts
Southern District of Texas
FILED

*March 07, 2022*

Nathan Ochsner, Clerk of Court

CAUTION - EXTERNAL:

Good afternoon Rosario this is Steve Host with SHSH Ventures LP. I am actually the general partner of the limited partnership and we lent part for less $436,000 over the last several years and I report it is such with the interest to the bankruptcy court this summer via fax but I never heard anything back and wonder now if it ever went through. The reason for my calling is because I was informed several weeks back that Rehan's Son had told a friend of his that he was a little nervous because he had a little over $1 million sitting in his bank account and when asked about it told his friend that they would probably buy another parking lot with the money.
I came across this information just on a happenstance; with a friend of mine hearing this information secondhand but called and told me about it.
Rehan has been telling me for a year now that he is trying to sell his business and the lease that he holds for the parking lot. So I went ahead and tracked down the owner of the land and talk to him today to see if they had actually sold the property, and he told me they had not. So I'm just assuming that Rehan had hidden monies, maybe from different PPP loans in his sons account.
I have all the loan documents for the loans that we did to fart for last along with personal letters of guarantees signed by him and his wife.
I am actually traveling all this week and won't be back in town until next Tuesday; but would like to do anything I can to retrieve my funds and help any others that are also out money.
Thank you very much
Steve Host
808 Main St., Richmond, TX 77469
713-515-3031
General partner
SHSH Ventures L.P.

Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.