UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KEVIN M. EPSTEIN
UNITED STATES TRUSTEE REGION 7
JAYSON B. RUFF
TRIAL ATTORNEY
515 RUSK, SUITE 3516
HOUSTON, TX 77002
Telephone: (713) 718-4650
Fax: (713) 718-4680
E-Mail: Jayson.b.ruff@usdoj.gov

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
|   PARK 4 LESS, LLC, | § | CASE NO. 21-31686 |
| | § | |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST
FOR MARCH 11, 2022 HEARING**

 Kevin M. Epstein, the United States Trustee for Region 7 (the "U.S. Trustee") files this Witness and Exhibit List for the hearing scheduled for March 11, 2022 at 11:00 a.m., Central Time (or as such hearing may be continued or rescheduled, the "Hearing").

**WITNESSES**

The U.S. Trustee may examine the following witnesses:
1. Rehan Rehman
2. Azra Rashid Arshaina Rehman
3. Arshmaina Rehman
4. Any other witness called by any other party

**EXHIBITS**

The U.S. Trustee may offer into evidence any one or more of the following exhibits at the Hearing:

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | All exhibits presented or designated by any other parties for the hearing | | | | |
| 2 | All rebuttal exhibits | | | | |
| | | | | | |
| | | | | | |

In accordance with the Court's March 9, 2020 *Order Adopting Hearing Protocols That May be Implemented Under Certain Public Health or Safety Conditions* (General Order 2020-4), all exhibits listed are being filed as separate attachments to this Exhibit List.

The U.S. Trustee reserves the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

Date: March 10, 2021

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

By: /s/Jayson B. Ruff
Jayson B. Ruff
Trial Attorney
Michigan Bar No. P69893
Houston, TX  77002
Telephone:  (713)718-4650 ext. 252
Facsimile:  (713)718-4670

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2022, I caused a true and correct copy of the foregoing **UNITED STATES TRUSTEE'S WITNESS AND EXHIBIT LIST FOR MARCH 11, 2022 HEARING** to be served upon the parties listed below by the manner indicated and that the same was served on all parties receiving electronic notice via ECF.

/s/ Jayson B. Ruff
Jayson B. Ruff