**Subject:** FW: Motion to withdraw

From: **rrpakman Ray** <rrpakman@gmail.com>
Date: Wed, Dec 1, 2021 at 10:57 AM
Subject: Re: Motion to withdraw
To: Reese Baker <Reese.Baker@bakerassociates.net>

Mr. Baker,

Please send me a document to terminate your service so we can make it legal, which upon your desire is terminated at this point and time.
NO, I do not authorize you to do anything in my case, the next attorney which I am forced to hire will disclose or do all necessary work about the SBA check and other things about my case.
We are at the last rope & I am failing to understand you are quitting at this stage.  I am losing my faith in the lawyers.
**You must freeze any and all activity in my case**. Your service has been terminated upon your desire.

I still thank you very much for working hard on my case. Well this is your desire not mine. I had no issues or problems.

Best Regards,

Rehan Rehman
281-725-8670


On Wed, Dec 1, 2021 at 10:22 AM Reese Baker <Reese.Baker@bakerassociates.net> wrote:

I will prepare the motion to withdraw but the ethics rules require me to make disclosures to the court on the SBA funds, even if I withdraw.

Do you authorize me to make the disclosures on the SBA loan for you?  Even if you do not, I will still be required to make the disclosures.

Reese W. Baker
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
713-979-2251
Cell 713-385-3196
www.bakerassociates.net

For service of any documents or discovery, the email address of

1

courtdocs@bakerassociates.net **must be used**.

---

**From:** rrpakman Ray <rrpakman@gmail.com>
**Sent:** Tuesday, November 30, 2021 4:05 PM
**To:** Reese Baker <Reese.Baker@bakerassociates.net>
**Subject:** Re: Motion to withdraw

Mr. Baker,

Let's do this, since you want to withdraw from my case, I will voluntarily sign and release you from your duties. Please draw official document for both of us to sign for the court I will sign and move forward.

If this is what you want me to do I will do it and find a new attorney to move my case from the final steps.

Thank you for all your hard work helping me all along to this stage.

Rehan Rehman

On Mon, Nov 29, 2021 at 4:15 PM rrpakman Ray <rrpakman@gmail.com> wrote:

> Mr. Baker,
>
> As I have requested you to hold on to it till Wednesday Please.
>
> You are a top notch CH 11 attorney in the country and I have no position to argue with you and can't convince you and I know that you will do what will please you besides my humble requests.
>
> Instead of spending all your energy to push me in the ditch and ruin my case, why can't you defend me and protect me.
> I sent returned money check at my Own will and wish no court order was there to force it, returned check caused no issues with the SBA so why you are making it such a big deal.
> Half heartedly, I can say that you may withdraw from representing me in my case as you have mentioned, but again I don't want you to voluntarily disclose about the check situation. No one is asking you and it's only you who knows about it. Your withdrawal from my case will automatically put you out of this situation anyway, your withdrawal is more than enough to protect your position in this matter.
>
> I look forward to hearing your favourable reply.
>
> Thank you very much.
>
> Rehan Rehman
> 281-725-8670

---------- Forwarded message ---------
From: **Reese Baker** <Reese.Baker@bakerassociates.net>
Date: Mon, Nov 29, 2021 at 2:44 PM
Subject: Re: Motion to withdraw
To: rrpakman Ray <rrpakman@gmail.com>


I have a responsibility under the rules of ethical conduct to be truthful to the court.  The check was sent to the SBA but never cleared.  You have been using the funds.

You must either authorize me to reveal this to the bankruptcy judge for you, or I must reveal to the court that you still have the SBA loan funds.

I must tell the court.  If you do not authorize me, then I will make the disclosure without your authorization.

I will move forward tomorrow on this matter.  Please let me know your decision.

I will also move to withdraw from representing Park 4 Less.

Reese W. Baker
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
713-979-2251
Cell 713-385-3196
www.bakerassociates.net

For service of any documents or discovery, the email address of courtdocs@bakerassociates.net **must be used**.

---

**From:** rrpakman Ray <rrpakman@gmail.com>
**Sent:** Monday, November 29, 2021 10:51 AM

**To:** Reese Baker <Reese.Baker@bakerassociates.net>
**Subject:** Re: Motion to withdraw

Well in this case I request and urge you not to disclose it, so far SBA have no concerns I had been in contact with their local representative he have access to my account with SBA and said he saw no issue of returned check.

Please get me approval for the reorganization plan so we can finish with this matter we are almost at the corner now.

My wife is already a heart patient I may also become soon with all this pressure. I have 4 small kids please consider this with soft side of your heart. This business is all my life saving I worked 5 years day and night to build it, God forbid loosing it is like I lost every thing and will be on the street with kids.

No one knows about the returned check except you just ignore it, like you never knew as if I never provided you the bank statement.

Thank you.

Rehan Rehman


On Mon, Nov 29, 2021 at 10:33 AM Reese Baker <Reese.Baker@bakerassociates.net> wrote:

> What will change?  The only issue is whether you authorize me to disclose for you or not.  You have continuously asked for more time each time.
>
> Reese W. Baker
> Baker & Associates
> 950 Echo Lane, Suite 300
> Houston, Texas 77024
> 713-979-2251
> Cell 713-385-3196
> www.bakerassociates.net
>
> For service of any documents or discovery, the email address of courtdocs@bakerassociates.net **must be used**.
>
> ---
>
> **From:** rrpakman Ray <rrpakman@gmail.com>
> **Sent:** Monday, November 29, 2021 10:31 AM
>
> **To:** Reese Baker <Reese.Baker@bakerassociates.net>
> **Subject:** Re: Motion to withdraw
>
> Please hold on to it and Do not file it till Wednesday . I need to discuss this with my wife and she may come out of the ICU tomorrow.
>
> Thank you.
>
>
> On Mon, Nov 29, 2021 at 11:09 AM Reese Baker <Reese.Baker@bakerassociates.net> wrote:
>
>> What is the magic of Wednesday?  I must disclose the issues on the SBA loan.  You have left me no choice.
>>
>> Reese W. Baker
>> Baker & Associates
>> 950 Echo Lane, Suite 300
>> Houston, Texas 77024

713-979-2251
Cell 713-385-3196
www.bakerassociates.net

For service of any documents or discovery, the email address of
courtdocs@bakerassociates.net **must be used**.

---

**From:** rrpakman Ray <rrpakman@gmail.com>
**Sent:** Monday, November 29, 2021 10:07 AM
**To:** Reese Baker <Reese.Baker@bakerassociates.net>
**Subject:** Re: Motion to withdraw

Good Morning, Mr. Baker,

I urge you not to file anything until I get back and confirm with you till Wednesday. Now we're almost at a point where we are about to get confirmation for our reorganisation plan and complete the CH 11 proceedings and you are leaving me here at this point, WHY? Recording my calls, Even the opposition attorney did not do what you are doing to me, is this the way you provide service to your clients? Yes the check was returned but it's not a crime, SBA who provided me a loan to run my business have no issues with the return check. Why are you having a problem with it?

After my Almighty Allah I counted on you to represent me and help me in this case, the way you want to leave me like this is not fair at all.  Returned check is not a criminal act but you are making it a big issue.

I request you rethink your decision and get me the reorganization plan approved. We are almost at the verge of achieving our target.

I will highly appreciate it if you do not file a withdrawal and move forward with the case and get me out of this situation. So we can keep you in our prayers for the rest of our lives and always remember you with the golden words.

Thank you very much.

Rehan Rehman
281-725-8670


On Mon, Nov 29, 2021 at 9:44 AM Reese Baker <Reese.Baker@bakerassociates.net> wrote:
> Attached is the motion I plan to file today unless you inform me otherwise.
>
> Reese W. Baker

Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
713-979-2251
Cell 713-385-3196
www.bakerassociates.net

For service of any documents or discovery, the email address of courtdocs@bakerassociates.net **must be used**.

6