United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 21-31686 |
| Park 4 Less, LLC | § | |
| Debtor | § | Chapter 11 |

### ORDER REGARDING IN PERSON APPEARANCE OF TAMMY CHANDLER

CAME ON for consideration the motion of Reese Baker ("Baker") as a party to the order to appear to show cause issues at docket #131 requesting that Tammy Chandler be allowed to participate by video and audio and not in person, and Baker having informed the court that Tammy Chandler lives and resides in Shelbyville, Indiana and cannot be in Houston or the State of Texas on March 30, 2022, this court has determined to grant such request. It is hereby

ORDERED, that Tammy Chandler is excused from in person appearance on March 30, 2022, for the hearing but must appear by video and audio for the hearing.

Signed: March 25, 2022

_____
Christopher Lopez
United States Bankruptcy Judge