EXHIBIT

1



**baker & associates**

950 Echo Lane, Suite 300        Telephone    713-869-9200
Houston, Texas 77024            Fax          713-869-9100

March 25, 2022

Mr. Christopher Murray
602 Sawyer Suite 400
Houston, Texas 77007

      Re:  Park 4 Less, Case

Dear Chris:

      The funds received by my firm were as follows:

Deposited into IOLTA:

| | | |
|---|---|---|
| May 21, 2022 | $1,738 filing fee | $3,262 Legal Fees |
| July 29, 2022 | | $2,000 |
| Total | $1,738 | $5,262 Legal Fees |

      Enclosed is a check for $5,262 for the legal fees paid to my firm.

           Very truly yours,

           Reese W. Baker