United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 01, 2022
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 21-31686 |
| | § | |
| PARK 4 LESS, LLC, | § | (Chapter 7) |
| | § | |
| Debtor. | § | |

### ORDER AUTHORIZING
### TRUSTEE'S EXPEDIATED EMPLOYMENT OF WEBSTER'S AUCTION PALACE, INC. AS AUCTIONEER AND AUTHORIZING SALE OF ASSETS

The Court, having considered the Trustee's *Expedited Application to Employ Webster's Auction Palace, LLC as Auctioneer and Authorize Sale of Assets* (the "**Application**")[1], any responses to the Application, the statements of counsel, and the records in this case, and having held a hearing on the Application, finds that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) the relief requested in the Application is in the best interests of the Debtor's estate, its creditors, and other parties-in-interest; (d) expediated consideration was appropriate; (e) proper and adequate notice of the Application and hearing hereon has been given and no other or further notice is necessary; and (f) good and sufficient cause exists for granting the relief requested. Therefore, it is **ORDERED** that:

1. The Trustee is authorized to employ Webster's Auction Palace, LLC ("**Webster's**") as auctioneer on the terms and conditions stated the Application.

2. The Trustee is authorized to sell the Assets through an auction or private sale(s) conducted by Webster's.

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to theme in the Application.

3. The Trustee is authorized to pay Webster's commission from the proceeds of any sale of the Assets.

4. The Trustee is authorized to pay Webster's reimbursable expenses from the proceeds of any sale with such expenses capped at $2,500.

5. Webster's is authorized to collect a 15% Buyer's Premium from each successful bidder.

6. The Trustee is authorized to take any actions reasonably necessary to effectuate the relief granted by this order.

7. The Court retains jurisdiction to hear and determine all disputes arising from or related to the implementation, interpretation, or enforcement this order.

Signed: April 01, 2022

Christopher Lopez
United States Bankruptcy Judge